IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:06CV197 |
| | ) | |
| $147,900.00 in U.S. CURRENCY | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

BEATY, Chief District Judge.

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED that Claimant's Motion to Dismiss and for Summary Judgment [Document #24] is DENIED. IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment [Document #26] is GRANTED.

This, the 31st day of March, 2009.

United States District Court Judge